NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DANA REDETTE REDFIELD,**
*Petitioner,*

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

---

2011-3008

---

Petition for review of the Merit Systems Protection Board in case no. AT0845100771-I-1.

---

## ON MOTION

---

## ORDER

Dana Redette Redfield moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

__**DEC 1 4 2010**__                    /s/ Jan Horbaly
Date                                    Jan Horbaly
                                        Clerk

cc:  Dana Redette Redfield
     Jeffrey D. Klingman, Esq.

s20

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**DEC 1 4 2010**

**JAN HORBALY**
**CLERK**